# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00185-RHW |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR EVIDENTIARY HEARING** |
| PAULINA SCHAIY and GAGNDEEP SAINI, | |
| Defendants. | |

Before the Court is Defendant Paulina Schaiy's Motion to Suppress Evidence, ECF No. 77, and Defendant Gagndeep Saini's Motion to Suppress Evidence, ECF No. 79. The government, at this time, filed its Opposition to only Defendant Saini's motion, ECF No. 82.

Having reviewed the submissions from the parties, the briefs raise issues of fact and the Court determines that an evidentiary hearing is necessary. The burden of persuasion is on the government because there was a warrantless search. The Court will determine the scope of the evidentiary hearing at the time of the hearing.

**Accordingly, IT IS HEREBY ORDERED:**

1. An evidentiary hearing in this matter will be held on **July 17, 2018**, at **10:30 a.m.** The pretrial conference and motions hearing set at 9:30 a.m. is reset to 10:30 a.m.

**ORDER FOR EVIDENTIARY HEARING** * 1

2. The parties shall file with the Court witness lists for any witness testimony and exhibit lists by **3:00 p.m.** on **July 10, 2018**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 28th day of June, 2018.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER FOR EVIDENTIARY HEARING** \* 2